# EXHIBIT 1

**The Adams Law Firm, LLC**
600 17th Street, Suite 2800 South; Denver, CO 80202; Phone: 720-333-9490
Fax: 720-545-2236 e-mail: jared@adamslawcolorado.com

---

July 2, 2012

Machol and Johannes, LLC
717 17th St, Suite 2300
Denver, Colorado 80202

Re: Justin Eckstein

To whom it may concern:

This letter is to notify you that Justin Eckstein has retained me to help him resolve his dispute with his creditors. Accordingly, Mr. Eckstein requests that you direct any further communication regarding this matter to my office.

Mr. Eckstein believes that you are attempting to collect on a debt allegedly owed to Discovery Bank with the account number 6011009428726306. Mr. Eckstein does dispute this debt. Pursuant to the FDCPA and The Colorado Fair Debt Collection Practices Act, Mr. Eckstein requests verification of the debt you are attempting to collect.

If you are attempting to collect on a debt other than the debt listed above, Mr. Eckstein requests that you forward any further communications to my office and that you provide verification of the debt you are attempting to collect.

If you have any questions regarding this matter, do not hesitate to contact me directly.

Respectfully,

*[signature]*

Jared Adams
Attorney at Law