**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-03426-CMA-KMT

JUSTIN ECKSTEIN,

    Plaintiff,

v.

MACHOL AND JOHANNES, LLC, a Colorado limited liability company,

    Defendant.

___

## ORDER OF DISMISSAL WITH PREJUDICE
___

    Pursuant to Plaintiff's Motion to Dismiss With Prejudice (Doc. # 8), it is hereby

    ORDERED that this case is DISMISSED WITH PREJUDICE, as set forth in the agreement entered into between the parties.

    DATED:  February __11__, 2014

                                                  BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge